IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

VS.  CRIMINAL NO. 3:07cr24HTW-JCS

RICKY D. LOUIS

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, RICKY D. LOUIS, without prejudice.

DUNN LAMPTON
United States Attorney

Date: April 3, 2007

S/ *Erin E. O'Leary*
By:   ERIN E. O'LEARY
      Assistant United States Attorney
      Mississippi Bar No. 101721

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 6th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE